# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN MARCHELLE COLLINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 5:23-cv-01698-MAA<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $6,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  June 3, 2024

　　　　　　　　　　　　　　　　　　　　／s／ Maria A. Audero
　　　　　　　　　　　　　　　　　　THE HONORABLE MARIA A. AUDERO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |    /s/ *Steven G. Rosales*
4 | BY: _____
    Steven G. Rosales
5 |     Attorney for plaintiff Dawn Marchelle Collins